NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STATE OF MISSISSIPPI, by and through Delbert Hosemann, et al.,**
*Plaintiff-Appellant*

**JIM HOOD, Attorney General of the State of Mississippi, NATCHEZ-ADAMS SCHOOL DISTRICT, GEORGE A. WILLIAMS, CLIFFORD CALHOUN WILLIAMS, JEFFERSON COUNTY SCHOOL DISTRICT, ANDREW W. ERICKSON TESTAMENTARY TRUST FOR THE BENEFIT OF MELVIN S. HARVEY, JR., WWS PROPERTIES OF WEST FELICIANA PARISH, LLC, MICHAEL W. LONG, JEFFREY WAYNE LONG, SR., PAMELA MICHELLE ANDERSON, PATRICIA GAIL BUTTS, ETHEL PROPERTIES, LLC, LYNCH CONSTRUCTION LOUISIANA, LLC, STERLING HOLDINGS, LLC, JOHN P. BOWEN,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1004

---

Appeal from the United States Court of Federal Claims in Nos. 1:19-cv-00231-EDK, 1:19-cv-00258-EDK, 1:19-cv-

01812-EDK,    1:19-cv-01968-EDK,    1:20-cv-00030-EDK,
1:21-cv-00820-EDK, and 1:23-cv-01729-EDK, Chief Judge
Elaine Kaplan.

———————————

# O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

November 27, 2024
         Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  November 27, 2024